PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:KJ)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

( JLL )

| UNITED STATES OF AMERICA, | HON. ~~MARYANNE TRUMP BARRY~~ |
|---|---|
| Plaintiff, | |
| v. | Criminal No. 95-070 |
| RANDY ALVAREZ-QUINONES, | ORDER FOR REMISSION OF FINE |
| Defendant. | |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Jordan Anger, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this ___15___ day of __MAY__, 2012,

ORDERED, that the balance of the fine imposed on February 16, 1996, in the amount of $1,077.58 is hereby remitted.

_____
~~MARYANNE TRUMP BARRY~~
UNITED STATES DISTRICT JUDGE

HON. JOSE L. LINARES